496 A.2d 751

**Joseph FARINACCI and Margie Farinacci, Petitioners,**

**v.**

**BEAVER COUNTY INDUSTRIAL DEV. AUTHORITY, et al.**

Supreme Court of Pennsylvania.

July 18, 1985.

Petition for Allowance of Appeal GRANTED, No. 45 W.D. Appeal 1985.